JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASB 4305-O78T)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHELLE BROWN, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>BONNIE CRYSTAL,<br><br>Respondent. | Case No. C-08-02703-SC<br><br><br><br>NOTICE OF DISMISSAL |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reason that Bonnie Crystal has not served an answer.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


THOMAS MOORE /s
Assistant United States Attorney
Tax Division